UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-0490-CR-UNGARO

UNITED STATES OF AMERICA

v.

AARON DWAYNE JOHNSON,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon a Petition for Supervised Release Violation.

THE COURT has considered the record as a whole and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres to conduct an evidentiary hearing. Finding that Defendant Johnson admitted the material provisions of the underlying violations, Judge Torres issued a Report recommending that this Court accept Defendant's admissions and conduct a sentencing hearing for final disposition of this matter. (D.E. 59.) The parties were afforded an opportunity to object to Judge Torres's Report; no objections were filed. Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 59) is RATIFIED, ADOPTED, and AFFIRMED: The Court accepts Defendant's admissions as to counts 1 and 2 of the Petition. A sentencing hearing will be

scheduled by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of March, 2012

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record